# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN EWING, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CV-1724 CAS |
| | ) | |
| UNITED STATES MARSHALS SERVICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is defendant United States of America's motion to strike plaintiff's jury demand in the above-captioned cause of action. Plaintiff did not respond to the government's motion, and the time to do so has long expired. Therefore, the motion is ripe for review.

On September 4, 2007, plaintiff, who was appointed counsel in this case, filed a Second Amended Complaint against the United States of America under the Federal Torts Claims Act, 28 U.S.C. § 1346(b). Plaintiff brings no other claims against any other defendant. As pointed out by the government in its motion, the language of 28 U.S.C. § 2402 provides that "any action against the United States under section 1346 shall be tried by the court without a jury . . . ." Under the authority of this statute, the government's motion will be granted.

The parties should be aware, however, that should this case proceed to trial and issues of fact remain, the Court may at its discretion empanel an advisory jury panel.

Accordingly,

**IT IS HEREBY ORDERED** that defendant United States of America's motion to strike plaintiff's jury demand is **GRANTED.** [Doc. 42]

                                                                                                          _____
                                                                                                               **CHARLES A. SHAW**
                                                                                                               **UNITED STATES DISTRICT JUDGE**

Dated this   17th    day of March, 2009.